**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 574 |
| | : | |
| AMENDMENT OF THE PREAMBLE OF | : | JUDICIAL ADMINISTRATION DOCKET |
| THE CODE OF JUDICIAL CONDUCT | : | |
| | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 30th day of June, 2022, pursuant to Article V, Section 10 of the Constitution of Pennsylvania, **IT IS ORDERED** that:

     Section [8] of the Preamble to the Code of Judicial Conduct is amended in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2022.

Additions are shown in bold and are underlined.
Deletions are shown in bold and in brackets.